MATTHEW P. BREEN et al., Respondents, *v.* THE UNION RAILWAY COMPANY of New York City, Appellant.

Reported below, 9 App. Div. 122.
(Argued December 14, 1896; decided December 22, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, rendered October 6, 1896, which modified, and as modified affirmed, a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact were sustained by the evidence, and that no question of law is presented for review.

*John F. Coffin* for motion.

*George Hoadly* and *William H. Page* opposed.

Motion denied, with costs.